**No. 11-140. Strategic Impact Corporation, et al., Petitioners v. Big Dog Logistics, Inc., et al.**

565 U.S. 883, 132 S. Ct. 253, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5220.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

Same case below, 312 S.W.3d 122.

**No. 11-141. Peanut Farmers, Petitioners v. William J. Murphy, Administrator, Risk Management Agency.**

565 U.S. 883, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5245.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 246.

**No. 11-145. Leopoldine Ngo Nyounai, aka Leopoldine Ngonyounai, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 883, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5570.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-146. Relda Ann Moss, Petitioner v. Fairborn City Schools.**

565 U.S. 883, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5460.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-150. Marteen Moore, Petitioner v. USC University Hospital, Inc., et al.**

565 U.S. 884, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5257,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 416 Fed. Appx. 640.

**No. 11-151. Francisco Archivaldo Padilla, Petitioner v. United States.**

565 U.S. 884, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5541.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 639 F.3d 892.